**People of the State of Illinois, Plaintiff-Appellee, v. James Smith, Defendant-Appellant.**

**Gen. No. 51,189.**

First District, First Division.

May 15, 1967.

John J. Gill, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Matthew J. Moran, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE MURPHY. **Not to be published in full.**